*E-Filed 8/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY WALTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEANT MITCHEL,<br><br>    Defendant. | No. C 10-3092 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Plaintiff was ordered to pay the filing fee of $350.00, or file a complete application to proceed *in forma pauperis* ("IFP") by August 15, 2010, or face dismissal of the action. Plaintiff has not paid the filing fee or filed an IFP application. Accordingly, the action is DISMISSED without prejudice to plaintiff's paying the filing fee or filing a complete IFP application.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: August 23, 2010

RICHARD SEEBORG
United States District Judge